# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Case No.: CV-24-00551-TUC-RCC
BK No.: 04:24-bk-05605-BMW

In re: Anthony L Montez, DEBTOR-IN-POSSESSION
on behalf of the: ANTHONY LEO MONTEZ

Debtor and Petitioner,

v.

UNITED STATES TRUSTEE, ET AL;

THE GOVERNMENT OF THE UNITED STATES,
A FEDERAL CORPORATION, ET AL

Respondents,

FILED ___ LODGED
RECEIVED ___ COPY

DEC 27 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# PETITION TO CHALLENGE PROOF OF CLAIM

The debtor, Anthony Montez, respectfully presents this petition to challenge the proof of claim filed by U.S. Bank, et al. and ALLY Financial, et al. in the above-referenced bankruptcy case. This petition is brought pursuant to the applicable sections of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and established case law, asserting that the creditor's actions and filings are invalid and contrary to the law.

## JURISDICTIONAL BASIS

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2), as it arises under the Bankruptcy Code and concerns the administration of the debtor's estate. This is a core proceeding under 28 U.S.C. § 157(b).

1

## GROUNDS FOR PETITION

1. **Form 1099-C Issuance as Debt Cancellation**

   The creditor issued a Form 1099-C to the Internal Revenue Service, certifying that the debt was canceled. The issuance of this form constitutes an admission of debt discharge, effectively extinguishing the debtor's obligation. Courts have consistently held that such actions preclude further collection. Relevant case law includes:

   - In re Reed, 492 B.R. 261 (Bankr. E.D. Tenn. 2013)
   - In re Crosby, 261 B.R. 470 (Bankr. D. Kan. 2001)
   - Amtrust Bank v. Fossett, 223 Ariz. 438, 224 P.3d 935 (Ariz. Ct. App. 2009)

2. **Creditor's Receipt of Federal Benefits and Tax Credits**

   By issuing a Form 1099-C, the creditor has benefited from federal tax credits, deductions, or write-offs under the applicable laws. This economic benefit legally precludes the creditor from seeking further recovery on the canceled debt. Supporting cases include:

   - In re Smith, 424 B.R. 76 (Bankr. D. Neb. 2010)
   - In re White, 431 B.R. 447 (Bankr. S.D. Ga. 2010)

3. **Failure to Offset Account Balances**

   The creditor has failed to provide a comprehensive and audited accounting, showing offsets and adjustments to reflect the cancellation of the debt. Article 9, Section 210 of the Uniform Commercial Code (UCC), as adopted in the relevant jurisdictions, mandates an authenticated accounting upon request. Case support:

   - In re Kozak, 402 B.R. 905 (Bankr. N.D. Ill. 2009)
   - In re Bostic, 412 B.R. 496 (Bankr. E.D. Va. 2009)

## REQUEST FOR EVIDENTIARY HEARING

The debtor demands an evidentiary hearing to:

- Establish the facts surrounding the issuance of the Form 1099-C.
- Review the creditor's failure to provide a full and authenticated accounting.
- Examine the legal consequences of the creditor's receipt of tax benefits or credits.

## RELIEF REQUESTED

The debtor respectfully requests that this Court:

1. Disallow the creditor's proof of claim in its entirety.
2. Compel the creditor to provide a comprehensive, audited accounting of the alleged debt.
3. Award such other relief as the Court deems just and proper.

## CERTIFICATION AND VERIFICATION

I, Anthony L. Montez., affirm under penalty of law that the foregoing statements are true and correct to the best of my knowledge and belief.

Respectfully presented on the 23rd of December 2024.

*[Signature: Anthony-Leo: Montez Beneficiary]*

Anthony Leo Montez.

All Rights Reserved.

With Prejudice. Without Recourse.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition was served upon all parties of record by USPS Mail on this 23rd day of December 2024:

- U.S. Bank, et al.
- ALLY Financial, et al.

3