# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>ANTHONY LEO MONTEZ ESTATE<br><br>Debtor(s)<br><br>ANTHONY LEO MONTEZ<br><br><br>Appellant(s)<br>v.<br>UNITED STATES TRUSTEE<br><br><br>Appellee(s) | Chapter 11<br>Case No. 4:24-BK-05605-BMW<br>Adv. No.<br>CIV No. 24-00551<br><br><br><br><br>**MEMO TO UNITED STATES DISTRICT COURT RE: STATUS OF CERTIFICATE OF READINESS** |

TO: Clerk, United States District Court, District of Arizona

Please be advised that a Certificate that the Record of Appeal is Complete cannot be filed because the following documents have not been filed as of date:

- [✓] The Designation of Record is not on file.
- [✓] The Statement of Issues is not on file.
- [ ] A transcript has been designated and the designating party has not requested the transcript.
- [ ] Other:

Dated: February 6, 2025

Khadijia White-Thomas, Clerk of Court

By: Janel McCormick
    Deputy Clerk