IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Leo Montez, | No. CV-24-00551-TUC-RCC |
| Appellant, | |
| v. | **ORDER** |
| United States Trustee, | |
| Appellee. | |

On July 1, 2025, this Court directed Appellant to take all necessary steps to have a Certificate of Record issued by July 15, 2025. (Doc. 20). On July 11, 2025, Appellant filed a Notice of Constitutional Objection and Reservation of Right (Doc. 21) and Declaration in Support of Notice of Constitutional Objection and Reservation of Rights (Doc. 22).

As an initial matter, Appellant asserts that he had insufficient time to comply with the Court's directive to take the necessary steps to have a Certificate of Record issued by the Bankruptcy Court. (*See* Docs. 21 and 22.) Appellant has not provided any information regarding what he was unable to accomplish in the time frame provided. Furthermore, Appellant did file a Demand for Transmittal of Certificate of Record and Immediate Execution of Withdrawal of Reference in his Chapter 13 bankruptcy, Case No. 04:24-BK-09671-BMW. The Court made clear in its July 1, 2025, Order (Doc. 20), that issues which are currently the subject of Appellant's pending Chapter 13 proceeding, Case No. 4:24-BK-09671-BMW, are irrelevant to this appeal of his Chapter 11 case and shall not be litigated here.

1   This Court also made clear that any issues contained in the stricken filings and that
2  were relevant to this appeal of Appellant's Chapter 11 bankruptcy, Case No. 04:24-BK-
3  5605-BMW, could be re-urged in his Opening Brief **after** a Certificate of Record was filed
4  and a Scheduling Order issued.  As such, Appellant cannot demonstrate any prejudice from
5  the striking of his improper filings.
6   The Court finds that Appellant has failed to comply with this Court's July 1, 2025,
7  Order (Doc. 20).  The Court further finds that Appellant has not complied with the Notice
8  of Filing of Appeal and Notice of Referral of Appeal to the District Court. (Doc. 1 at 2.)
9  Because of these failures, a Certificate of Readiness has not issued and Appellant has not
10 perfected his appeal. (*See* Doc. 1 at 4; Doc. 12.)
11  Accordingly, **IT IS HEREBY ORDERED** that this appeal is **DISMISSED** for
12 failure to prosecute.  *See* LRBankr 8020-1; *see also* Fed. R. Civ. P. 41(b). The Clerk of
13 Court shall close its file on this matter.
14  Dated this 17th day of July, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge